# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### 3:94-cv-173


U.S. Fidelity and Guaranty Company,

        Plaintiff,

    V

Miller-Sharpe, Inc., et al,

        Defendants


### ORDER


     This matter is before the Clerk for purposes of returning the bond on deposit with the Clerk.  Plaintiff posted a $100.00 bond with the Clerk in accordance with an Order of this court filed February 21, 1995, [entry #31].

     This case was closed on March 15, 1995, and an audit of the court's deposit fund reflected that the bond was not returned.

     Therefore, the $100.00 bond deposited by Plaintiff is to be returned to James A. Roberts, III,  plaintiff's counsel of record in this case.

     So Ordered, this 7th day of March, 2014.


Signed: March 7, 2014

*Frank G. John*

Frank G. Johns, Clerk
United States District Court